# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: | Case No. 23-11154-mdc

Andrew John Curfman, | Chapter 13

Debtor.

## Certificate of Service

I certify that on November 8, 2023, I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kia Motors Finance
P.O. Box 20825
Fountain Valley, CA 92728

Date: December 6, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com