# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Andrew John Curfman,

        Debtor.

Case No. 23-11154-mdc

Chapter 13

## Supplemental Certificate of Service

I certify that on this date, I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

Date: December 19, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com