United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 23-11154-mdc

Andrew John Curfman                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Jan 19, 2024                  Form ID: 155                                       Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Andrew John Curfman, 527 Williamsburg Way, King of Prussia, PA 19406-2760 |
| 14775476 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14775478 | + | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14775479 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14780465 | + | USAA Federal Savings Bank, Consumer Payment Processing, Robertson Anschutz Schneid Crane and Par, PO Box 272310, Boca Raton FL 33427-2310 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14775459 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 20 2024 00:27:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 14775460 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 20 2024 00:26:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 14781370 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 20 2024 00:26:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14775461 | | Email/Text: bncnotifications@pheaa.org | Jan 20 2024 00:27:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14788113 | | Email/Text: bnc@atlasacq.com | Jan 20 2024 00:26:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14788363 | | Email/Text: bnc@atlasacq.com | Jan 20 2024 00:26:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666, Attn: Avi Schild |
| 14775462 | + | Email/Text: backoffice@affirm.com | Jan 20 2024 00:27:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14788933 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 20 2024 00:27:00 | Army & Air Force Exchange Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14788885 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 20 2024 00:27:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14775463 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 20 2024 00:26:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14775464 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2024 00:36:38 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14779112 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2024 00:36:21 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14779209 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | |
|---|---|---|
| | Jan 20 2024 00:36:38 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14775466  + Email/Text: bncnotifications@pheaa.org | Jan 20 2024 00:27:00 | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14775467  + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 20 2024 00:27:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14784213  + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 20 2024 00:27:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 14782393   Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2024 00:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14775465   Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2024 00:36:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14775469  + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 20 2024 00:27:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedeman Rd OH-01-51-0622, Brooklyn, OH 44144-2338 |
| 14775470  + Email/Text: EBNBKNOT@ford.com | Jan 20 2024 00:27:00 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14775471  + Email/Text: Unger@Members1st.org | Jan 20 2024 00:27:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14775472  + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 20 2024 00:27:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14779292  + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 20 2024 00:27:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14775473   Email/Text: fesbank@attorneygeneral.gov | Jan 20 2024 00:27:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14775474   Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2024 00:27:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14775475   Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14775477   Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2024 00:36:29 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 14787598  + Email/Text: tdebn@credbankserv.com | Jan 20 2024 00:27:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14775480  ^ MEBN | Jan 20 2024 00:20:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14780437  + Email/Text: RASEBN@raslg.com | Jan 20 2024 00:26:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14775481  + Email/Text: bkelectronicnotices@usaa.com | Jan 20 2024 00:26:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0025 |
| 14775482   Email/Text: vci.bkcy@vwcredit.com | Jan 20 2024 00:27:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14789537 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

District/off: 0313-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Jan 19, 2024                                Form ID: 155                                 Total Noticed: 37

14775468          *          Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Andrew John Curfman mail@cibiklaw.com<br>cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrew John Curfman

           Debtor(s)                                Chapter: 13

                                                Bankruptcy No: 23−11154−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this January 18, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                       Magdeline D. Coleman
                                       Chief Judge, United States Bankruptcy Court